**Stuart SLAVIN and Daniel Lieberman, Plaintiffs/Appellants,**

v.

**Donald RASCH, David J. Harter, Diane Harter, Pacific Indemnity Co. and Chubb & Son, Inc., Defendants/Respondents.**

No. ED 89048.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 9, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

Application for Transfer to Denied Jan. 22, 2008.

Duane L. Coleman, Saint Louis, MO, for Plaintiffs/Appellants.

Lawrence C. Friedman, Danielle T. Uy, St. Louis, MO, for Defendants/Respondents Dr. and Mrs. David J. Harter.

James W. Childress, Joseph V. Lesinski, St. Louis, MO, for Defendants/Respondents Pacific Indemnity Co. and Chubb and Son Inc.

Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Stuart Slavin and Daniel Lieberman appeal from the trial court's summary judgment in favor of David J. and Diane Harter, Pacific Indemnity Co. and Chubb & Son, Inc. (Respondents). We have reviewed the briefs of the parties and the record on appeal and conclude that Respondents were entitled to judgment as a matter of law. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).